Georgia A. Staton, Bar #004863
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7854
gstaton@jshfirm.com

Attorneys for Defendant Gilbert Unified School District #41

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ELIZABETH MCCOY,<br><br>Plaintiff,<br><br>v.<br><br>GILBERT UNIFIED SCHOOL DISTRICT #41,<br><br>Defendant. | NO. 2:16-cv-03231-MHB<br><br>**NOTICE OF SERVICE OF DEFENDANT'S SECOND SUPPLEMENTAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that on February 13, 2017, Defendant Gilbert Unified School District #41 mailed, via First Class Mail, its Second Supplemental Disclosure Statement to Plaintiff c/o Samuel R. Randall, Esq., Randall Law, PLLC, 1817 N. 3rd Street, Suite 100, Phoenix, Arizona 85004.

DATED this 14th day of February 2017.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Georgia A. Staton
Georgia A. Staton
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Gilbert Unified School District #41

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Martin Lucero